IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT FERGUSON,                                    No. 3:15-cv-01532-SU

          Plaintiff,

    v.

CAROLYN W. COLVIN, Acting                           JUDGMENT
Commissioner of Social Security,

          Defendant.

HERNANDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

    DATED this ___28___ day of __Nov__, 2016.

                               _____
                               MARCO A. HERNANDEZ
                               United States District Judge

1 - JUDGMENT