**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT FERGUSON**, | Case No.  3:15-cv-01532-SU |
| Plaintiff, | |
| | ORDER (EAJA FEES) |
| vs. | |
| **COMMISSIONER,**<br>of Social Security<br>Administration, | |
| Defendant. | |

_____

Based upon the stipulation of the parties it is hereby ORDERED that, pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $7,611.20 is

awarded to Plaintiff.  It is ordered that the aforementioned attorney fee will be paid to Plaintiff's

attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against

the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 130

S.Ct. 2521 (2010).  If Plaintiff has no such debt, then the check shall be made payable to

Plaintiff's attorney, Bruce Brewer, and mailed to him at PO Box 421, West Linn, OR 97068.  If

Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.  There are no costs or expenses to be paid herein.


DATED this __17th__ day of _____March_____, 2017.



_____/s/ Patricia Sullivan_____
The Honorable Patricia Sullivan
United States District Court Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES